IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SONDRA GOINS and TROY GOINS                    PLAINTIFFS

v.                          No. 4:25-cv-799-DPM

STATE FARM INSURANCE COMPANY                   DEFENDANT

## ORDER

State Farm's unopposed motion to dismiss is granted with leave to amend. Any amended complaint due by 9 October 2025.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 September 2025