IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SONDRA GOINS and TROY GOINS                                PLAINTIFFS

v.                          No. 4:25-cv-799-DPM

STATE FARM INSURANCE COMPANY                               DEFENDANT

ORDER

The Court directs the Clerk to remove the gavel on *Doc. 8*. The Court granted leave to amend in *Doc. 7*. And the plaintiffs have filed their amended complaint, *Doc. 9*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 October 2025