IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SONDRA GOINS and TROY GOINS                    PLAINTIFFS

v.                        No. 4:25-cv-799-DPM

STATE FARM INSURANCE COMPANY                    DEFENDANT

ORDER

State Farm's unopposed partial motion to dismiss, *Doc. 11*, is granted. Bad faith is a high bar in Arkansas. *See, e.g., Southern Farm Bureau Casualty Insurance Co. v. Allen*, 326 Ark. 1023, 1026–27, 934 S.W.2d 527, 529 (1996). And the Goinses' amended complaint didn't allege any facts showing dishonesty, malice, or oppression. *Doc. 9*; *Southern Farm Bureau*, 326 Ark. at 1027, 934 S.W.2d at 529. The Goinses' bad faith claim is therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2025