# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

SONDRA GOINS and TROY GOINS                      PLAINTIFFS

v.                              No. 4:25-cv-799-DPM

STATE FARM GENERAL INSURANCE
COMPANY                                           DEFENDANT

## ORDER

Joint motion, *Doc. 19*, granted. Discovery deadline extended to 22 July 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 June 2025