**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SONDRA GOINS and TROY GOINS** **PLAINTIFFS**

**v.** **No. 4:25-cv-799-DPM**

**STATE FARM GENERAL INSURANCE COMPANY** **DEFENDANT**

# ORDER

Joint motion, *Doc. 22*, granted. Dispositive and *Daubert* motions due by 21 August 2026.

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 August 2026