**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SONDRA GOINS and TROY GOINS** **PLAINTIFFS**

**v.** **No. 4:25-cv-799-DPM**

**STATE FARM GENERAL**
**INSURANCE COMPANY** **DEFENDANT**

**ORDER**

Joint status report, *Doc. 21*, appreciated. The Court refers the case to United States Magistrate Judge Patricia S. Harris to conduct a settlement conference.

So Ordered.

D.P. Marshall Jr.
United States District Judge

10 August 2026