IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SONDRA GOINS and TROY GOINS — PLAINTIFFS

v. — No. 4:25-cv-799-DPM

STATE FARM INSURANCE COMPANY — DEFENDANT

# ORDER

The Goinses haven't responded to State Farm's motion for summary judgment, *Doc. 27*. If they don't respond by 14 October 2026, then the Court will rule on the current papers.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 October 2026