**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SONDRA GOINS and TROY GOINS** **PLAINTIFFS**

**v.** **No. 4:25-cv-799-DPM**

**STATE FARM INSURANCE COMPANY** **DEFENDANT**

## ORDER

Joint notice, *Doc. 32*, appreciated. The parties have settled. Congratulations. The Court will dismiss the Goinses' complaint and retain jurisdiction for a time to enforce the settlement. Motion, *Doc. 27*, denied as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 October 2026