**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SONDRA GOINS and TROY GOINS** **PLAINTIFFS**

**v.** **No. 4:25-cv-799-DPM**

**STATE FARM INSURANCE COMPANY** **DEFENDANT**

# JUDGMENT

The Goinses' complaint is dismissed with prejudice. The Court retains jurisdiction until 13 November 2026 to enforce the settlement.

D.P. Marshall Jr.
United States District Judge

14 October 2026